IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ROBERT FRANKLIN AND SHANNON
O'QUINN FRANKLIN, EACH INDIVIDUALLY
AND EACH ON BEHALF OF LARRY D. MAYS,
A MINOR CHILD                                                                        **PLAINTIFFS**

V.                                                      CIVIL ACTION NO. 5:15 cv 120

NORTH CENTRAL NARCOTICS TASK FORCE;
CLAIBORNE COUNTY, MISSISSIPPI; MARIO GRADY,
IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES;
CORY WEATHERSPOON, IN HIS OFFICIAL AND
INDIVIDUAL CAPACITIES; SCOTT STEWART,
IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES;
WILLIAM NEVELS, IN HIS OFFICIAL AND
INDIVIDUAL CAPACITIES; MICHAEL WELLS,
IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES;
AND DOE DEFENDANTS 1-10                                                 **DEFENDANTS**

---

### JOINDER OF WILLIAM NEVELS IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES IN DEFENDANTS' MARIO GRADY AND CORY WEATHERSPOON NOTICE OF REMOVAL

---

Please take notice that Defendant William Nevels in his official and individual capacities hereby joins in Defendants' Mario Grady and Cory Weatherspoon Notice of Removal filed on or about December 11, 2015.

William Nevels adopts and incorporates by reference the factual assertions and legal arguments of Mario Grady and Cory Weatherspoon, including the relief requested therein. Joinder is made reserving all rights and defenses.

40444818_1                                                        1

Respectfully submitted, this 11th day of December, 2015.

WILLIAM NEVELS, IN HIS OFFICIAL AND
INDIVIDUAL CAPACITIES

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have hand delivered the foregoing document to the Clerk of the Court and mailed via U.S. mail to the following:

Thomas J. Bellinder
Thomas J. Bellinder, P.A.
232 Market St.
Second Floor
Flowood, MS 39232

Tommy Whitfield
Whitfield Law Group, PLLC
660 Lakeland East, Suite 200
Flowood, MS 39232

Laura F. Rose (MSB # 102256)
Jessica Morris (MSB # 101891)
Adams and Reese LLP
1085 Highland Colony Parkway
Ridgeland, MS 39157

Dated: December 11, 2015.

William Nevels