IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROBERT FRANKLIN AND SHANNON O'QUINN FRANKLIN,
EACH INDIVIDUALLY AND EACH ON BEHALF OF
LARRY D. MAYS, A MINOR CHILD                                                  PLAINTIFFS

V.                                                                CAUSE NO.: 5:15cv120DCB-MTP

NORTH CENTRAL NARCOTICS TASK FORCE;
CLAIBORNE COUNTY, MISSISSIPPI; MARIO GRADY,
IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES;
CORY WEATHERSPOON, IN HIS OFFICIAL AND INDIVIDUAL
CAPACITIES; SCOTT STEWART, IN HIS OFFICIAL AND
INDIVIDUAL CAPACITIES; WILLIAM NEVELS, IN HIS
OFFICIAL AND INDIVIDUAL CAPACITIES; THE CLAIBORNE
COUNTY SHERIFF'S DEPARTMENT AND MICHAEL WELLS,
IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES; AND
DOE DEFENDANTS 1-10                                                            DEFENDANTS

## AFFIDAVIT OF SHANNON O'QUINN FRANKLIN

STATE OF MISSISSIPPI
COUNTY OF CLAIBORNE

I, SHANNON O'QUINN FRANKLIN, being duly sworn, state under oath as follows:

1. I have personal knowledge of the facts set forth in this affidavit. I am fully capable of giving this affidavit.

2. On March 20, 2014, my son Larry D. Mays was in his bed in our home.

3. Members of the North Central Narcotics Task Force and the Claiborne County Sheriff's Department came into our home in Port Gibson, MS.

4. Officers whose names I believe are Mario Grady, Cory Weatherspoon, Scott Stewart, William Nevels and Michael Wells came into our home, snatched my son Larry ND. Mays out of his bed, threw him to the ground, put their feet/knees in his back and held

him at gunpoint. One of the officers handcuffed my son Larry D. Mays and twisted his arm.

5. My son is a special needs child, who suffers from seizures.

6. Immediately after the Task Force and Sheriff's Department left the scene, my son Larry D. Mays suffered a seizure.

7. My son Larry D. Mays has been suffering seizures at an increased rate since the time of this incident.

8. My son Larry D. Mays had not committed a crime and was never charged with a crime

9. These officers' actions were unprovoked and unjustified.

FURTHER AFFIANT SAYETH NOT.

_____
Shannon O'Quinn Franklin

Sworn to and subscribed before me this the 21ˢᵗ day of November, 2015.

_____
Notary Public

My Commission Expires:
_____



State of Mississippi Notary Public
ID # 112608
ALLISON GURULE'
Commission Expires
June 3, 2019
Franklin County