IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROBERT FRANKLIN AND SHANNON O'QUINN FRANKLIN,
EACH INDIVIDUALLY AND EACH ON BEHALF OF
LARRY D. MAYS, A MINOR CHILD                                                  PLAINTIFFS

V.                                                    CAUSE NO.: 5:15-cv-120 (DCB)(MTP)

NORTH CENTRAL NARCOTICS TASK FORCE;
CLAIBORNE COUNTY, MISSISSIPPI; MARIO GRADY,
IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES;
CORY WEATHERSPOON, IN HIS OFFICIAL AND
INDIVIDUAL CAPACITIES; SCOTT STEWART, IN HIS
OFFICIAL AND INDIVIDUAL CAPACITIES; WILLIAM
NEVELS, IN HIS OFFICIAL AND INDIVIDUAL
CAPACITIES; MICHAEL WELLS, IN HIS OFFICIAL AND
INDIVIDUAL CAPACITIES; AND DOE DEFENDANTS 1-10              DEFENDANTS

## Joint Stipulation of Dismissal

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby voluntarily stipulated by all parties to this action that Plaintiffs' claims against Mario Grady, Michael Wells, Cory Weatherspoon, and William Nevels in their individual capacities are hereby dismissed with prejudice, with each party to bear its own costs.

SO STIPULATED, this the 7th day of September, 2017.

**Robert Franklin and Shannon O'Quinn Franklin, Each Individually and Each on Behalf of Larry D. Mays, A Minor Child**

/s/ Thomas J. Bellinder
Thomas J. Bellinder
**THOMAS J. BELLINDER, P.A.**
232 Market Street
Second Floor

47836218

Flowood, MS 39232
Phone: (601) 914-7277
Fax: (601) 914-7201
Email: thomas.bellinder@gmail.com

**William Nevels**

/s/ Mary McKay Lasker_____ _____
Daniel J. Griffith
Mary McKay Lasker
**Jacks Griffith Luciano, PA**
P.O. Box 1209
Cleveland, Mississippi 38732
Phone: (662) 843-6171
Fax: (662) 843-6176
Email: mlasker@jlpalaw.com; dgriffith@jlpalaw.com

**Claiborne County, Mississippi; Michael Wells; Mario Grady; and Cory Weatherspoon**

/s/ Laura F. Rose\_\_\_\_\_ _____
Laura F. Rose (MSB No. 102256)
Lindsey O. Watson (MSB No. 103329)
**Adams and Reese LLP**
1018 Highland Colony Parkway, Suite 800
Ridgeland, Mississippi 39157
Phone: (601) 353-3234
Fax:    (601) 355-9708
Email:  laura.rose@arlaw.com; lindsey.watson@arlaw.com