IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROBERT FRANKLIN AND SHANNON O'QUINN FRANKLIN,
EACH INDIVIDUALLY AND EACH ON BEHALF OF
LARRY D. MAYS, A MINOR CHILD                                          PLAINTIFFS

V.                                          CAUSE NO.: 5:15-cv-120 (DCB)(MTP)

NORTH CENTRAL NARCOTICS TASK FORCE;
CLAIBORNE COUNTY, MISSISSIPPI; MARIO GRADY,
IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES;
CORY WEATHERSPOON, IN HIS OFFICIAL AND
INDIVIDUAL CAPACITIES; SCOTT STEWART, IN HIS
OFFICIAL AND INDIVIDUAL CAPACITIES; WILLIAM
NEVELS, IN HIS OFFICIAL AND INDIVIDUAL
CAPACITIES; MICHAEL WELLS, IN HIS OFFICIAL AND
INDIVIDUAL CAPACITIES; AND DOE DEFENDANTS 1-10         DEFENDANTS

## AGREED ORDER OF DISMISSAL

COME NOW Plaintiffs Robert Franklin and Shannon Franklin, each individually and each on behalf of Larry D. Mays, a Minor Child, and Defendants Claiborne County, Mississippi, Mario Grady, Cory Weatherspoon, Michael Wells, and William Nevels, by and through undersigned counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, due to settlement of Plaintiffs' claims, and agree and stipulate to dismiss all of Plaintiffs' remaining claims and Complaint against Defendants with prejudice;

IT IS, THEREFORE, ORDERED AND ADJUDGED that the claims, Complaint, and Amended Complaint of Plaintiffs Robert Franklin and Shannon Franklin, each individually and each on behalf of Larry D. Mays, a Minor Child, are hereby dismissed with prejudice as to all Defendants, with each party to bear its own costs of litigation.

SO ORDERED AND ADJUDGED on September 27, 2017.

/s/ David Bramlette_____
UNITED STATES DISTRICT COURT  JUDGE

48064422

**AGREED AND APPROVED**:

/s/ Laura F. Rose
Laura F. Rose (MSB No. 102256)
Lindsey O. Watson (MSB No. 103329)
**Adams and Reese LLP**
1018 Highland Colony Parkway, Suite 800
Ridgeland, Mississippi 39157
Phone: (601) 353-3234
Fax:    (601) 355-9708
Email: laura.rose@arlaw.com; lindsey.watson@arlaw.com
**Counsel for Defendants Claiborne County, Mississippi, Michael Wells, Mario Grady, Cory Weatherspoon**


/s/ Thomas J. Bellinder
Thomas J. Bellinder
**THOMAS J. BELLINDER, P.A.**
232 Market Street
Second Floor
Flowood, MS 39232
Phone: (601) 914-7277
Fax: (601) 914-7201
Email: thomas.bellinder@gmail.com
**Counsel for Plaintiffs**


/s/ Mary McKay Lasker
Daniel J. Griffith
Mary McKay Lasker
**Jacks Griffith Luciano, PA**
P.O. Box 1209
Cleveland, Mississippi 38732
Phone: (662) 843-6171
Fax: (662) 843-6176
Email: mlasker@jlpalaw.com; dgriffith@jlpalaw.com
**Counsel for Defendant William Nvels**

48064422